526 W. 158th St., HDFC v Ramon (2021 NY Slip Op 50047(U))

[*1]

526 W. 158th St., HDFC v Ramon

2021 NY Slip Op 50047(U) [70 Misc 3d 136(A)]

Decided on January 22, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on January 22, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Higgitt, McShan, JJ.

21-003

526 West 158th Street, HDFC, 
 Petitioner-Landlord-Respondent,
against
Dirso Ramon,
Respondent-Tenant-Appellant.

Tenant appeals from an order of the Civil Court of the City of New York, New York County
(Evon M. Asforis, J.), entered September 18, 2019, which granted landlord's motion to
discontinue the holdover proceeding without prejudice and denied tenant's cross motion for
summary judgment dismissing the petition or for attorneys' fees upon the discontinuance.

Per Curiam.
Order (Evon M. Asforis, J.), entered September 18, 2019, affirmed, with $10 costs.
Civil Court providently exercised its discretion ingranting landlord's motion to discontinue
this holdover proceeding without conditioning discontinuance on the payment of tenant's
attorneys' fees (see CPLR 3217[b]; New York Downtown Hosp. v Terry, 80
AD3d 493 [2011]). Landlord's possessory claim did not appear frivolous and landlord asserted
good faith reasons for its decision to withdraw the claim after discovery raised questions about
the nature of tenant's occupancy (see Matter of Lawrence, 79 AD3d 417 [2010]; see
also DKR Mtge. Asset Trust 1 v Rivera, 130 AD3d 774, 776 [2015]). We note that landlord
expeditiously moved to discontinue the proceeding upon learning the information that raised
such questions.
Tenant's remaining contentions are academic in light of our determination, and in any event
are without merit.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: January 22, 2021